# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163356(26)

LYNN BETH BAUM,
          Plaintiff-Appellee,

v

SC: 163356
COA: 356225
Oakland CC: 2015-149725-CZ

DAVID BAUM, DAVID M. BAUM, PC, DB
ACQUISITION, LLC, DAVID M. BAUM
REVOCABLE TRUST, HOWARD BAUM,
MADISON EQUITIES, LLC, NW PROPERTIES,
LLC, and FRASER EQUITIES, LLC,
          Defendants,
and

FRANK & FRANK, PLLC,
          Appellant.
_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before September 30, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2021



Clerk